IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTWONE LEWIS**     **PLAINTIFF**
**ADC #146994**

v.     No: 5:19-cv-00182 SWW

**JAMES PLUMMER,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Lewis' complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE