# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANTWONE LEWIS                                                              PLAINTIFF
ADC #146994

v.                        No: 5:19-cv-00182 SWW

JAMES PLUMMER, *et al.*                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied.

DATED this 12th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE